IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01395-BNB

ROBERT W. FRITTS,

     Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY JOANNE BARNHART,

     Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 6 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff Robert W. Fritts has submitted *pro se* an amended motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Supp. 2006) and a complaint. Mr. Fritts has been granted leave to proceed pursuant to § 1915.

The Court must construe the complaint liberally because Mr. Fritts is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Fritts will be ordered to file an amended complaint.

The Court has reviewed the complaint and has determined that the complaint is deficient because it fails to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v.*

*American Cemetery Ass'n of Kansas* , 891 F.2d 1473, 1480 (10th Cir. 1989).  The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes.  *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992).  Specifically, Rule 8(a) provides that a complaint "shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks."  The philosophy of Rule 8(a) is reinforced by Rule 8(e)(1), which provides that "[e]ach averment of a pleading shall be simple, concise, and direct."  Taken together, Rules 8(a) and (e)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules.  Prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

Mr. Fritts' complaint is vague.  The complaint fails to allege the basis for the Court's jurisdiction.  *See* Fed. R. Civ. P. 8(a)(1).  The complaint is missing page one and does not include a short and plain statement of Mr. Fritts' claims showing that he is entitled to relief in this action.  *See*  Fed. R. Civ. P. 8(a)(2).  Plaintiff apparently seeks judicial review of the administrative law judge's decision denying his claim for social security disability benefits.  However, he fails to provide sufficient facts in support of his claims or to demonstrate that the action is commenced in a timely manner.  It is Mr. Fritts' responsibility to edit and organize his specific claims for relief and supporting allegations into a manageable format.  Neither Defendant nor the Court is required to do this work for him.  He also fails to allege whether he has exhausted administrative

remedies before seeking federal court review or to attach documentation of his efforts to exhaust.

A decision to dismiss a complaint pursuant to Rule 8 is within the trial court's sound discretion. *See Atkins v. Northwest Airlines, Inc.*, 967 F.2d 1197, 1203 (8th Cir. 1992); *Gillibeau v. City of Richmond*, 417 F.2d 426, 431 (9th Cir. 1969). The Court finds that the complaint does not meet the requirements of Fed. R. Civ. P. 8 and that Mr. Fritts should be given an opportunity to file an amended complaint. He will be directed to do so below. Accordingly, it is

ORDERED that Mr. Fritts file **within thirty (30) days from the date of this order** an original and a copy of an amended complaint that complies with the pleading requirements of Fed. R. Civ. P. 8 as discussed in this order. It is

FURTHER ORDERED that the amended complaint shall be titled "Amended Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Fritts, together with a copy of this order, two copies of the following form for use in submitting the amended complaint: Complaint. It is

FURTHER ORDERED that, if Mr. Fritts fails to file an amended complaint that complies with this order to the Court's satisfaction within the time allowed, the complaint

and the action will be dismissed without further notice.

DATED October 26, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-01395-BNB

Robert W. Fritts
293A Boston Lane
Grand Junction, CO 81503

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Complaint form** to the above-named individuals on _10/26/06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk