IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01395-AP

ROBERT W. FRITTS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

Pro Se Plaintiff:

Robert W. Fritts
793 22 Road
Grand Junction, CO  81505
(970) 261-8429

For Defendant:

TERESA H. ABBOTT
Special Assistant United States Attorney

*Mailing Address*:  1961 Stout Street, Suite 1001A
                     Denver, Colorado  80294
                     (303) 844-0815
                     (303) 844-0770 (fax)

*Street Address*:  1225 Seventeenth Street,  Suite 700
                     Denver, Colorado 80202
                     (303) 454-0100
                     (303) 454-0404 (fax)

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action.  42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed:**  November 22, 2006

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office:**  December 26, 2006

    **C.**     **Date Answer and Administrative Record Were Filed**: February 20, 2007

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    <u>Plaintiff states</u>:  that to the best of his knowledge, information, and belief, the Administrative Record appears to be complete.

    Defendant states that to the best of the his knowledge, information, and belief, formed after inquiry reasonable under the circumstances, the Administrative Record appears to be complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

    <u>Plaintiff states</u>:  to the best of the his knowledge that there does not appear to be any additional evidence.

    Defendant states that to the best of the his knowledge, information, and belief, formed after inquiry reasonable under the circumstances, there does not appear to be any additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    <u>Plaintiff states</u>: that the case raises no unusual claims or defenses.

    Defendant states that the case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

<u>Plaintiff states</u>:  there are no other matters to be brought to the Court's attention.

Defendant states that there are no other matters to be brought to the Court's attention.

**8.     PROPOSED BRIEFING SCHEDULE**

    **A.     Plaintiff's Opening Brief Due:**     April 23, 2007

    **B.     Defendant's  Response Brief Due:**  May 23, 2007

    **C.     Plaintiff's  Reply Brief (If Any) Due:**  June 6, 2007

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     Plaintiff's Statement:  Plaintiff does not request an oral argument at this time.

    **B.**     Defendant's Statement:  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.     ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.     ( X )  All parties not have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 15th day of March, 2007.

                                  BY THE COURT:

                                   *S/John L Kane*
                                  U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Robert W. Fritts
Robert W. Fritts
793 22 Road
Grand Junction, CO  81505
(970) 261-8429

Plaintiff, *pro se*

TROY A. EID
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN
Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: TERESA H. ABBOTT
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-0815
teresa.abbott@ssa.gov

Attorneys for Defendant